# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155120(55)

CELESTINE STACKER, Personal Representative
of the Estate of MAE HENDRIX,
        Plaintiff-Appellee,

v

LAUTREC, LTD,
        Defendant-Appellant.

_____/

SC: 155120
COA: 328191
Oakland CC: 2014-142087-NO

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 24, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2018



Clerk